1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| MARIA OLGA GUTIERREZ, | ) | Case No.: 2:20-cv-07922-ADS |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT |
| vs. | ) ) ) | ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) | AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| Defendant | ) ) |  |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,900.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: February 22, 2022

/s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE

-1-

1    Respectfully submitted,

2    LAW OFFICES OF LAWRENCE D. ROHLFING

3         /s/ *Young Cho*

4    _____
     Young Cho
5    Attorney for plaintiff Maria Olga Gutierrez

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26